NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HENRY MONDY,                                    )
                                               )
            Appellant,                         )
                                               )
v.                                             )          Case No. 2D17-3792
                                               )
STATE OF FLORIDA,                              )
                                               )
            Appellee.                          )
                                               )
_____)

Opinion filed February 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Henry Mondy, pro se.


PER CURIAM.


            Affirmed.


CASANUEVA, BLACK, and SALARIO, JJ., Concur.